JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DARNELL CORNELIUS ST. CLAIR, | ) | No. CV 14-6335-JFW(CW) |
| Petitioner, | ) | JUDGMENT |
| v. | ) | |
| RICHARD IVES (Warden), | ) | |
| Respondent. | ) | |

**IT IS ADJUDGED** that the petition for writ of habeas corpus is denied and the action dismissed, without prejudice, for failure to exhaust administrative remedies.

DATED: February 23, 2015

_____
JOHN F. WALTER
United States District Judge